*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-63**

IN RE JOHN A. GIANNETTI, JR.

**2017 DDN 367**

05/03/2018

FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

A Member of the Bar of the
District of Columbia Court of Appeals

Bar Registration No.   480278

BEFORE: Thompson and Beckwith, Associate Judges, and Farrell, Senior Judge.

### O R D E R
(FILED – May 3, 2018)

On consideration of the certified order of the Court of Appeals of Maryland indefinitely suspending respondent from the practice of law in that jurisdiction with the right to seek reinstatement after one year; this court's February 5, 2018, order directing respondent to show cause why the functionally-equivalent discipline of a one-year suspension with fitness should not be imposed; and it appearing that respondent failed to file either a response to the court's show cause order or his D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that John A. Giannetti is hereby suspended for a period of one year with reinstatement conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).   It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of disbarment will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**